JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IGOR CHINIAKOV,

      Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER et al.,

      Respondents.

Case No. 5:26-cv-02031-SB-DMK

FINAL JUDGMENT

    For the reasons stated in the separate order denying the petition for a writ of habeas corpus entered this date, Petitioner's petition is denied.

    This is a final judgment.

Date: July 2, 2026

                    _____

                       Stanley Blumenfeld, Jr.
                    United States District Judge

1